# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.   8:02-CV-120-T-30TGW |
| Plaintiff, | |
| v. | |
| TEL-ONE, INC., GEORGE CARAPELLA, ALAN S. LIPSTEIN, W. KRIS BROWN, MEDIA BROADCAST SOLUTIONS, INC., and GEORGE LAFAUCI, | |
| Defendants, | |
| CARAPELL CAPITAL CORP., ATLAS GLOBAL VENTURES CORP., HANK VANDERKAM, LARRY EASTLAND, AND LEONORA CARAPELLA, | |
| Relief Defendants. _____/ | |

## ORDER AUTHORIZING PAYMENT OF POST DISTRIBUTION FEES AND COSTS TO KAPILA & COMPANY, C.P.A.

THIS CAUSE came before the Court on the Motion of Soneet R. Kapila ("Claims Administrator"), the Court-appointed Claims Administrator in the above-referenced matter, for an Order Authorizing Payment of Fees and Costs to Kapila & Company, C.P.A. ("Kapila") (the "Motion"), and this Court having reviewed the Motion and Fee Statement, the record in this case (the "Case"), finding that the relief requested in the Motion is unopposed, reasonable, and necessary, and that the Securities and Exchange Commission ("SEC") has no objection to the Fee Statement nor the entry of this Order, and the Motion having been served on all parties on

CASE NO. CV-120-T-30TGW
Order Granting Post Distribution Fees and Costs
Page 2 of 2

ten (10) day negative notice and no party having objected, good cause appearing and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Motion is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the Claims Administrator is authorized and directed to pay $9,957.86 to Kapila for professional services rendered and expenses incurred during the winding up process of the case. The Court finds these fees and costs to be fair, reasonable, and necessary.

**DONE AND ORDERED** in Tampa, Florida this 19 day of July, 2005.

JAMES S. MOODY, JR.
U. S. DISTRICT JUDGE

Copies to:
David R. Softness, Esq.
Ivan Harris, Esq.
Soneet R. Kapila

# 3038616_v1