UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

v.                                             CASE NO.  8:02-cv-120-T-30TGW

**GEORGE CARAPELLA and ALAN S. LIPSTEIN,**

    **Defendants.**
_____/

**ORDER *GRANTING* SEC'S MOTION FOR 120-DAY STAY PENDING COMMISSION'S CONSIDERATION OF SETTLEMENT PROPOSAL**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement (Dkt. #232) and the Plaintiff's Motion for a 120-Day Stay of Proceedings Pending Commission Approval of Settlement (Dkt. #233) filed by Plaintiff Securities and Exchange Commission ("Commission") requesting a 120-day stay of this action, including all pretrial deadlines, to allow the five members of the Commission to consider the settlement in principle its staff has reached with Defendants George Carapella and Alan Lipstein, and for which the Defendants have submitted signed settlement papers.  Based upon the Commission's aforementioned Notice of Settlement and Motion, and having reviewed the record in this case and being otherwise fully advised in the premises,

    **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for a 120-Day Stay of Proceedings Pending Commission Approval of Settlement (Dkt. #233) is GRANTED.

2. This cause is STAYED and all pretrial deadlines are abated for 120 days to allow the Commission's consideration of the pending settlement agreements.

3. Plaintiff shall either submit a Motion for Dismissal or a Status Report to the Court no later than JULY 24, 2006.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel/Parties of Record

S:\Even\2002\02-cv-120.stay 233.wpd