**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:02-CV-120-T-30TGW**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TEL-ONE, INC., GEORGE CARAPELLA, ALAN S. LIPSTEIN, W. KRIS BROWN, MEDIA BROADCAST SOLUTIONS, INC., and GEORGE LAFAUCI, | ) ) ) ) ) |
| Defendants, | ) |
| CARAPELL CAPITAL CORP., ATLAS GLOBAL VENTURES CORP., HANK VANDERKAM, LARRY EASTLAND, and LEONORA CARAPELLA, | ) ) ) ) ) |
| Relief Defendants. | ) ) |

ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO DISMISS CONTEMPT PROCEEDINGS AS MOOT AND CLOSE CASE

This cause comes before the Court upon a motion by the Plaintiff Securities and Exchange Commission (the "Commission") to Dismiss Contempt Proceedings as Moot and Close this Case [Dkt. #238]. The Commission had requested the Court to order Carapella and Lipstein to show cause why they should not be held in contempt of the Court's July 12, 2002 Order enjoining them from future violations of Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 [Dkt. #196]. Pursuant to a settlement between the Commission and Defendants George

Carapella and Alan S. Lipstein, which resolved all matters pertaining to both the current contempt proceedings and *SEC v. Carapella and Lipstein*, Case No. 8:04-CV-01858-JSM-MSS, a related Commission enforcement action also before this Court, the Commission filed a notice withdrawing its Application for an Order to Show Cause on July 31, 2006 [Dkt. #237].

The Court having reviewed the record in this case, and there being no opposition to the Commission's motion, upon due consideration, it is

It is therefore **ORDERED AND ADJUDGED** that**:**

1. Plaintiff's Unopposed Motion to Dismiss Pending Contempt Proceedings As Moot and Close this Case (Dkt. #238) is GRANTED.

2. The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on August 1, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2002\02-cv-120.settlement 238.wpd